UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL SHAKA BROUGHTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>B. CHAVARRIA, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-cv-05530-DOC (AFM)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed, and Objections have not been received. The Court accepts and adopts the Magistrate Judge's Report and Recommendation.

   IT THEREFORE IS ORDERED that Judgment be entered dismissing this action without prejudice for failure to prosecute.

DATED: February 9, 2023

　　　　　　　　　　　　　　　　　　　　　/s/ David O. Carter
　　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE